```
                                                              FILED
                                                        December 07, 2010
                                                        CLERK, U.S. BANKRUPTCY COURT
                                                        EASTERN DISTRICT OF CALIFORNIA
                                                                  D25
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Sharon Lee Turner and Timothy Rowe Turner | **Case No :** 10-44399 - E - 13L |
| | **Date :** 11/30/10 |
| | **Time :** 10:00 |

**Matter :** 
[17] - Motion/Application to Dismiss Case for Failure to Make Plan Payments [TSB-1] Filed by Trustee Lawrence J. Loheit (jtis)
[17] - Motion/Application to Dismiss Case for Failure to Provide Tax Documents [TSB-1] Filed by Trustee Lawrence J. Loheit (jtis)
[17] - Motion/Application to Dismiss Case/Proceeding [TSB-1] Filed by Trustee Lawrence J. Loheit (jtis)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** NOT RECORDED
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss the Chapter 13 case filed by the Chapter 13 Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss is granted and the case is dismissed.

Dated: December 07, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court